FILED

07/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0351

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 24-0351

STATE OF MONTANA,                    )
                                     )
        Plaintiff/Appellee,          )
                                     )        ORDER FOR EXTENSION
vs.                                  )              OF TIME
                                     )
KYLER AUSTIN CLINKENBEARD,           )
                                     )
        Defendant/Appellant.         )

UPON REVIEW OF APPELLANT'S MOTION FOR EXTENSION OF TIME, and good cause appearing therefore;

IT IS HEREBY ORDERED that Appellant has up to and through Monday, August 19, 2024, to file its opening brief.

DATED this 12th day of July, 2024.

For the Court

By: _____